# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY MERA,<br><br>                                 Plaintiff,<br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                               Defendant. | CASE NO. 08-CV-0628 H (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 2.] |

On April 7, 2008, plaintiff Lucy Mera filed a complaint for judicial review of a final decision of defendant Commissioner of Social Security denying Plaintiff's application for disability benefits. (Doc. No. 1.) Plaintiff has filed a motion for leave to proceed in forma pauperis. (Doc. No. 2.)

Under 28 U.S.C. § 1915(a), a court may authorize the commencement of a lawsuit without payment of the required filing fee if the plaintiff submits an affidavit demonstrating the plaintiff's inability to pay the filing fee. Such affidavit must include a complete statement of the plaintiff's assets. Here Plaintiff has submitted a declaration stating that she has not been employed for several years and that she is unable to pay the filing fee. The Court concludes that Plaintiff has established that she cannot pay the fee. Accordingly, the Court grants Plaintiff's motion to proceed in forma pauperis.

The Court also concludes that service by the United States Marshals is appropriate. The Clerk of Court shall provide Plaintiff with copies of the necessary documents and forms,

1  including copies of U.S. Marshal form 285.  Plaintiff shall complete these forms and provide
2  them to the United States Marshals.  Upon Plaintiff's submission of the properly completed
3  forms, the Marshals shall serve the summons and complaint upon defendant.
4  IT IS SO ORDERED.
5  DATED:  April 16, 2008

*signature*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT